UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                      )
                                      )
MATTHEW GIANCRISTOFARO, individually  )
and on behalf of all others similarly situated, )
                                      )
                                      )
        Plaintiff                     )   Case No: 1:22-cv-07526-ARR-CLP
                                      )
        -against-                     )
                                      )
                                      )
IMA PIZZA, LLC                        )
                                      )
        Defendant.                    )
                                      )
_____)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>JACOB U. GINSBURG,</u> hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Matthew Giancristofaro in the above-captioned action. I am in good standing of the bar(s) of the state(s) of <u>Pennsylvania, New Jersey and Michigan</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Respectfully Submitted,
Applicant Signature: _____
Applicant's Name: Jacob U. Ginsburg
Firm Name: Kimmel & Silverman, P.C.
Address: 30 E. Butler Avenue
City/State/Zip: Ambler, PA 19002
Telephone/Fax: (267) 468-5374
Email: jginsburg@creditlaw.com;
Teamkimmel@creditlaw.com

CERTIFICATE OF SERVICE

    I, Jacob U. Ginsburg, Esq. hereby certify that I served a true and correct copy of the foregoing on all parties of record via ECF on February 13, 2023.

                                                                                        */s/ Jacob U. Ginsburg*