UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

MATTHEW GIANCRISTOFARO

                  Plaintiff(s),

v.

IMA PIZZA, LLC d/b/a &Pizza

                  Defendant(s).

-----------------------------------------------------------

1:22-cv-7526

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Jacob U. Ginsburg, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Kimmel & Silverman, PC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Pennsylvania, New Jersey and Michigan.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: PA 311908, NJ: 039312011, MI:P84351
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:22-cv-7526 for Plaintiff MATTHEW GIANCRISTOFARO.

Date 2/13/2023
Ambler, PA

**NOTARIZED**

Signature of Movant
Firm Name Kimmel & Silverman, PC
Address 30 E Butler Ave, Ambler, PA 19002

Email jginsburg@creditlaw.com
Phone 215-540-8888 ext 104

Commonwealth of Pennsylvania - Notary Seal
Lauryn W. McDonald, Notary Public
Montgomery County
My commission expires August 25, 2025
Commission number 1406563
Member, Pennsylvania Association of Notaries