IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

MATTHEW GIANCRISTOFARO,
*individually, and on behalf of all others similarly situated,*

    Plaintiff,

v.

IMA PIZZA, LLC d/b/a &Pizza,

    Defendant.

-------------------------------------------------------X

So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J.  9/28/2023

Case No. 1:22-cv-07526-ARR-CLP

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Matthew Giancristofaro, individually and on behalf of others similarly situated, and Defendant Ima Pizza, LLC d/b/a &Pizza, by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITHOUT PREJUDICE** as to the claims of Plaintiff and the putative class.

### SO STIPULATED:

BUTSCH ROBERTS & ASSOCIATES LLC

*/s/ Christopher E. Roberts*
Christopher E. Roberts (admitted *pro hac vice*)
231 S. Bemiston Avenue, Suite 260
Clayton, MO 63105
Telephone: (314) 863-5700
croberts@butschroberts.com

KIMMEL & SILVERMAN, PC

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (admitted *pro hac vice*)
Craig T. Kimmel, Esq.

30 East Butler Ave.
Ambler, PA 19002
Phone: (267) 468-5374
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
kimmel@creditlaw.com
teamkimmel@creditlaw.com
*Counsel for Plaintiff and class-representative Matthew Giancritofaro*

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Kara M. Cormier*
Kara M. Cormier, Esq.
919 Third Avenue
New York, NY  10022
Telephone:  212-935-3000
Facsimile:  212-983-3115
kmcormier@mintz.com
*Counsel for Defendant, IMA PIZZA, LLC d/b/a &Pizza*

Dated: September 27, 2023

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, hereby certify that I served a true and correct copy of the following Stipulation of Dismissal on all parties of record via ECF on September 27, 2023.

*/s/ Jacob U Ginsburg*